Joshua **FLUELLEN**, Plaintiff— Appellant,

v.

**UNITED STATES** of America; **Federal Bureau of Prisons; Kathleen Hawk–Sawyer; R.E. Holt; Dan Dove; L. Fuertes Rosario; J.A. Serrano; L. Guevara,** Defendants—Appellees.

No. 04–7774.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 13, 2005.

Decided Jan. 21, 2005.

---

Joshua Fluellen, Appellant pro se. Raymond Emery Clark, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Joshua Fluellen appeals a district court judgment adopting the magistrate judge's report and recommendation, granting summary judgment to the United States and the remaining Defendants, and dismissing the complaint under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671–2680 (2000). We have reviewed the record, the magistrate judge's report and recommendation, and the district court's order and affirm for the reasons stated by the district court. *See Fluellen v. United States,* No. CA–03–211–3–26BC (D.S.C. filed July 30, 2004 & entered August 2, 2004). We dispense with oral argument because the facts and legal contentions of the parties are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*